**DENY; and Opinion Filed June 25, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00424-CV**

## IN RE BUCKNER ADOPTION AND MATERNITY SERVICES, INC., ET AL, Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04583-C**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Molberg
Opinion by Justice Myers

Before the Court is relators' petition for writ of mandamus in which they contend the trial court abused its discretion by denying its motion to dismiss. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Lana Myers/
LANA R. MYERS
JUSTICE

190424F.P05